IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICHOLAS S. BOLTON, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> LENN WOOD, Sheriff of Coweta County, : <br> Georgia, a political subdivision of the : <br> State of Georgia; JOHN TAYLOR : <br> COLLINS, individually and in his official : <br> capacity as a former Deputy Sheriff for : <br> Coweta County, Georgia; CHRISTIAN : <br> SPINKS, individually and in his official : <br> capacity as a Deputy Sheriff for Coweta : <br> County, Georgia; and JON HOUSE, : <br> individually and in his official capacity : <br> as a former Deputy Sheriff for Coweta : <br> County, Georgia; : <br> : <br> Defendants. : | CIVIL ACTION FILE NO. <br> 1:21-CV-2279-MHC |

## NOTICE OF APPEAL

Plaintiff NICHOLAS S. BOLTON hereby provides notice of his appeal to the United States Court of Appeals for the Eleventh Circuit from:

• the Order issued on July 18, 2023 granting summary judgment to Defendants LENN WOOD, Sheriff of Coweta County, Georgia, a political subdivision of the State of Georgia; JOHN TAYLOR COLLINS, individually and

in his official capacity as a former Deputy Sheriff for Coweta County, Georgia; CHRISTIAN SPINKS, individually and in his official capacity as a Deputy Sheriff for Coweta County, Georgia; and JON HOUSE, individually and in his official capacity as a former Deputy Sheriff for Coweta County, Georgia (Doc. 93); and

- the final Judgment issued on July 18, 2023 (Doc. 94).

This notice is timely filed within thirty (30) days after the district court's entry of this final order and the final judgment pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A).

This 14th day of August, 2023.

/s/ *James W. Howard*
James W. Howard
Attorney for Plaintiff
Georgia Bar No. 370925

THE HOWARD LAW FIRM, P.C.
Suite 200, Kyleif Center
1479 Brockett Road
Tucker, Georgia 30084
(770) 270-5080
(770) 270-5033 (fax)
jhoward@howardfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing *Notice of Appeal* with the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send e-mail notification of such filing to the appropriate parties and opposing counsel of record, including:

Karen E. Woodward, Esq.
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA 30092
kwoodward@cmlawfirm.com

This 14th day of August, 2023.

/s/ *James W. Howard*
James W. Howard
Attorney for Plaintiff
Georgia Bar No. 370925

THE HOWARD LAW FIRM, P.C.
Suite 200, Kyleif Center
1479 Brockett Road
Tucker, Georgia 30084
(770) 270-5080
(770) 270-5033 (fax)
jhoward@howardfirm.com